WARN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court Appellate Division, Fourth Department. March 21, 1900.) Action by Elias Warn against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment affirmed, with costs. Held, that the question was one of fact for the jury, and that, as the exceptions to the refusals to charge were waived upon the argument, no error appears in the record. All concur, except McLENNAN, J., not voting.

In re WEEKS. (Supreme Court, Appellate Division, First Department. February 23, 1900.) In the matter of Francis H. Weeks. No opinion. Application granted.

WELLS, Respondent, v. SIMPSON, Appellant. (Supreme Court, Appellate Division, First Department. March 16, 1900.) Action by Margaret Wells against George W. Simpson. W. H. Gardenier, for appellant. T. A. Campbell, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer, on payment of costs in this court and in the court below. 61 N. Y. Supp. 56.

WERNER et al. v. FRANKLIN NAT. BANK. (Supreme Court, Appellate Division, First Department. March 23, 1900.) Action by Gerard B. Werner and another against the Franklin National Bank. No opinion. Motion denied. See 58 N. Y. Supp. 107; 63 N. Y. Supp. 383.

In re WESTERFIELD et al. (Supreme Court, Appellate Division, Second Department. March 27, 1900.) In the matter of the application of Mary J. Westerfield and another for the removal of William Cauldwell and another, as trustees, etc., of Jason Rogers, deceased. No opinion. Appeal to the court of appeals allowed, and questions certified. Order resettled, so as to state that the reversal is upon questions of fact and questions of law. See 56 N. Y. Supp. 1119; 57 N. Y. Supp. 1150; 63 N. Y. Supp. 10.

WEX, Appellant, v. METROPOLITAN BANK, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 21, 1900.) Action by Lawrence Wex against the Metropolitan Bank. No opinion. Judgment affirmed, with costs.

WHITEMAN, Respondent, v. REED et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 21, 1900.) Action by J. L. Whiteman against Waring S. Reed and others. No opinion. Judgment modified by reducing the amount thereof $56.45, and, as thus modified, affirmed, without costs of this appeal to either party.

WHITE, POTTER & PAIGE MFG. CO. v. WELLS. (Supreme Court, Appellate Division, First Department. February 23, 1900.) Action by the White, Potter & Paige Manufacturing Company against Charles W. Wells. No opinion. Motion granted, with $10 costs.

WIGHTMAN, Appellant, v. PHELPS et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 13, 1900.) Action by Emma J. Wightman against William Phelps and others.

PER CURIAM. Ordered that, upon the payment by the appellant to the respondents of $10 costs of this motion within five days after a service of a copy hereof, the order granted by this court January 19, 1900, is hereby modified and extended, so as to allow the appellant until the 10th day of April, 1900, in which to serve and file in this court printed copies of the case on appeal; and, if default is made in such service within such time, the said appeal is dismissed, with costs. See 58 N. Y. Supp. 1151.

WINNE, Respondent, v. WINNE et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 7, 1900.) Action by Loren E. Winne against Magdalina Winne and others. No opinion. Judgment affirmed, with costs.

WITHERBEE et al., Respondents, v. MEYER, Appellant. (Supreme Court, Appellate Division, Third Department. March 7, 1900.) Action by Robbins M. Witherbee and others against Aubrey E. Meyer. No opinion. Judgment affirmed, with costs.

WITHEROW, Appellant, v. SLAYBACK et al., Respondents. (Supreme Court, Appellate Division, First Department. March 9, 1900.) Action by James B. Witherow against John D. Slayback and others. E. C. Perkins, for appellant. H. Bacon, for respondents. No opinion. Judgment reversed, and new trial ordered, with costs to appellant to abide event, on the authority of Vineyard Co. v. Fritz (decided Feb. 23, 1900) 62 N. Y. Supp. 775.

WITTLEDER, Respondent, v. CITIZENS' ELECTRIC ILLUMINATING CO. OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. March 13, 1900.) Action by Edward J. Wittleder, an infant, by Edward G. Wittleder, his guardian ad litem, against the Citizens' Electric Illuminating Company of Brooklyn. No opinion. Motion for reargument granted. All concur, except HIRSCHBERG, J., who took no part.

WOLF, Appellant, v. GROSS, Respondent. (Supreme Court, Appellate Term. March 9, 1900.) Action by Lena Wolf against Max Gross. From a judgment for defendant, plaintiff appeals. Reversed. Meyers, Goldsmith & Brower, for appellant. Leon Sanders, for respondent.

PER CURIAM. Because the plaintiff was not allowed to testify that she purchased the whisky in question, and the witness Prince was not allowed to testify that the barrel in question was the barrel he sold to plaintiff, the judgment is reversed, and a new trial ordered in the municipal court in the district in which the action was brought, with costs to appellant to abide the event.